

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

John R. Lott, Jr.
v. Steven D. Levitt and Harpercollins Publishers, Inc.

**06CV2007**
## JUDGE CASTILLO
## MAGISTRATE LEVIN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

John R. Lott, Jr.,
    Plaintiff

# FILED
### APR 1 0 2006    **NF.**

| | |
|---|---|
| NAME (Type or print)<br>Thomas A. Vickers | **MICHAEL W. DOBBINS**<br>**CLERK, U.S. DISTRICT COURT** |

SIGNATURE (Use electronic signature if the Appearance form is filed electronically)
s/ *Thomas A. Vicke*

FIRM
Vanek, Vickers & Masini, P.C.

STREET ADDRESS
225 W. Washington Street, Suite 1850

CITY/STATE/ZIP
Chicago, IL 60606

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6226288 | TELEPHONE NUMBER<br>(312) 224-1500 |
|---|---|

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☑ | ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐

Dockets.Justia.com