# United States District Court for the Northern District of Illinois

Case Number: 06CV2007    Assigned/Issued    By: KC

## FEE INFORMATION

**Amount Due:**
- [ ] $350.00
- [ ] $39.00
- [ ] $5.00
- [x] IFP
- [ ] No Fee
- [ ] Other _____
- [ ] $455.00

No. Service copies _____    Date: _____
*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

## ISSUANCES

- [x] Summons
- [ ] Alias Summons
- [ ] Third Party Summons
- [ ] Lis Pendens
- [ ] Non Wage Garnishment Summons
- [ ] Abstract of Judgment
- [ ] Wage-Deduction Garnishment Summons
- [ ] Citation to Discover Assets
- [ ] Writ _____ (Type of Writ)

(name of victim, who it's against and $ amount)

2 Original and 2 copies on APR 27 2006 as to Defs
(Date)

C:\wpwin80\docket\feeinfo.frm    04/10/06