# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>JOHN R. LOTT, JR.<br>V.<br>STEVEN D. LEVITT and<br>HARPERCOLLINS PUBLISHERS INC. | Case Number: 06 C 2007 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HARPERCOLLINS PUBLISHERS INC. and STEVEN D. LEVITT

| |
|---|
| NAME (Type or print)<br>David P. Sanders |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ David P. Sanders |
| FIRM<br>Jenner & Block LLP |
| STREET ADDRESS<br>One IBM Plaza |
| CITY/STATE/ZIP<br>Chicago, Illinois 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>02452359 | TELEPHONE NUMBER<br>312-222-9350 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |