# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>JOHN R. LOTT, JR.<br>V.<br>STEVEN D. LEVITT and<br>HARPERCOLLINS PUBLISHERS INC. | Case Number: 06 C 2007 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HARPERCOLLINS PUBLISHERS INC. and STEVEN D. LEVITT

| | |
|---|---|
| NAME (Type or print) | |
| Wade A. Thomson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Wade A. Thomson | |
| FIRM | |
| Jenner & Block LLP | |
| STREET ADDRESS | |
| One IBM Plaza | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6282174 | 312-222-9350 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |