**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN R. LOTT, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06 C 2007 |
| | ) | |
| STEVEN D. LEVITT and | ) | Honorable Ruben Castillo |
| HARPERCOLLINS PUBLISHERS INC., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' AGREED MOTION TO EXTEND TIME TO ANSWER
OR OTHERWISE PLEAD TO COMPLAINT**

Defendants HarperCollins Publishers Inc. ("HarperCollins") and Steven D. Levitt ("Levitt") (collectively, "Defendants"), by their attorneys, respectfully move this Court for entry of an order extending the time for them to answer or otherwise plead to the Complaint to June 5, 2006. In support of this motion, Defendants state as follows:

1. HarperCollins was served with the Complaint on May 2, 2006, and Levitt was served with the Complaint on May 5, 2006. Accordingly, their responsive pleadings are due on May 22, 2006 and May 25, 2006, respectively.

2. Defendants recently retained counsel to represent them in this action. Counsel requires additional time to investigate the factual and legal issues raised by the Complaint prior to filing a responsive pleading. This is Defendants' first request for an extension of time to plead.

3. In addition, counsel for Defendants currently are conducting legal research to determine the appropriateness of filing a motion to dismiss, and are aware of this Court's case management requirement that they serve plaintiff with a "concise letter summarizing the legal

and factual grounds for the motion, . . . ., and make a sincere effort to resolve issues relating to the motion" before filing the motion. The additional time requested in this motion to extend time is necessary to allow Defendants the time necessary to comply with this requirement.

4. Defendants represent that Gail C. Gove, one of their attorneys, spoke with Stephen Marcus, one of the attorneys for plaintiff, on May 16, 2006, and that Mr. Marcus informed her that plaintiff agrees to the relief requested in this motion.

WHEREFORE, defendants pray that this Court extend the time for them to answer or otherwise plead to the Complaint to and including June 5, 2006.

                              STEVEN D. LEVITT and
                              HARPERCOLLINS PUBLISHERS INC.

                              By:    s/ David P. Sanders
                                      One of their attorneys

David P. Sanders (#02452359)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 606011
Telephone: 312-222-9350

<u>Of Counsel</u>:
Slade R. Metcalf
Gail C. Gove
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
Telephone: 212-918-3000
Fax: 212-918-3100

1405580