# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JOHN R. LOTT, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06 C 2007 |
| | ) | |
| STEVEN D. LEVITT and | ) | Honorable Ruben Castillo |
| HARPERCOLLINS PUBLISHERS INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:     [See Attached Service List]

PLEASE TAKE NOTICE that on Wednesday, May 24, 2006, at 9:45 a.m., I shall appear before the Honorable Ruben Castillo in Room 2319 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or any judge sitting in his stead, and then and there present the Defendants' Agreed Motion to Extend Time to Answer or Otherwise Plead to Complaint, a copy of which is hereby served upon you.

STEVEN D. LEVITT and
HARPERCOLLINS PUBLISHERS INC.

By:     s/ David P. Sanders
One of their attorneys

David P. Sanders (#02452359)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois  606011
Telephone:  312-222-9350

Of Counsel:
Slade R. Metcalf
Gail C. Gove
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York  10022
Telephone:  212-918-3000

## SERVICE LIST

Stephen H. Marcus, Esq.
Law Office of Stephen H. Marcus
1050 17th Street N.W.
Suite 600
Washington, DC  20036
(202) 331-7272

Thomas A. Vickers, Esq.
Vanek, Vickers & Masini, P.C.
225 W. Washington Street
18th Floor
Chicago, Illinois  60606
(312) 224-1510

## <u>CERTIFICATE OF SERVICE</u>

I, David P. Sanders, an attorney in this matter, certify that on May 17, 2006, I caused

copies of the foregoing **Defendants' Agreed Motion to Extend Time to Answer or Otherwise**

**Plead to Complaint** to be served on the persons identified on the attached service list via

telecopier and by depositing a copy in the United States mail, proper first-class postage prepaid.


 s/ David P. Sanders

David P. Sanders

CHICAGO_1405701_1