IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN R. LOTT, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06 C 2007 |
| | ) | |
| STEVEN D. LEVITT and | ) | Honorable Ruben Castillo |
| HARPERCOLLINS PUBLISHERS INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO: [See Attached Service List]

     PLEASE TAKE NOTICE that on Thursday, June 8, 2006, at 9:45 a.m., I shall appear before the Honorable Ruben Castillo in Room 2319 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or any judge sitting in his stead, and then and there present **Defendant HarperCollins' Motion to Dismiss** and **Defendant Levitt's Motion to Dismiss**, copies of which are hereby served upon you.

                                                       STEVEN D. LEVITT and
                                                     HARPERCOLLINS PUBLISHERS LLC


                                                  By:    s/ David P. Sanders
                                                          One of their attorneys

David P. Sanders (#02452359)
Wade A. Thomson (#6282174)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 606011
Telephone: 312-222-9350

Slade R. Metcalf
Gail C. Gove
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
Telephone: 212-918-3000

## SERVICE LIST

Stephen H. Marcus, Esq.  
Law Office of Stephen H. Marcus  
1050 17th Street N.W.  
Suite 600  
Washington, DC  20036  
(202) 331-7272

Thomas A. Vickers, Esq.  
Vanek, Vickers & Masini, P.C.  
225 W. Washington Street  
18th Floor  
Chicago, Illinois  60606  
(312) 224-1510

**CERTIFICATE OF SERVICE**

      I, David P. Sanders, an attorney in this matter, certify that on June 2, 2006, I caused copies of the foregoing **Notice of Motion** and **Defendant HarperCollins' Motion to Dismiss** and **Defendant Levitt's Motion to Dismiss** referenced therein to be served on the persons identified on the attached service list via telecopier and by Federal Express.

                                                                                               s/ David P. Sanders
                                                                                               David P. Sanders