**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN R. LOTT, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06 C 2007 |
| | ) | |
| STEVEN D. LEVITT and | ) | Honorable Ruben Castillo |
| HARPERCOLLINS PUBLISHERS INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO: [See Attached Service List]

PLEASE TAKE NOTICE that on Friday, June 2, 2006, Defendants filed in this court their **Statement Pursuant to Federal Rule of Civil Procedure 7.1**, a copy of which is hereby served upon you.

                                        STEVEN D. LEVITT and
                                        HARPERCOLLINS PUBLISHERS LLC.


                                        By:    s/ David P. Sanders
                                                    One of their attorneys

David P. Sanders (#02452359)
Wade A. Thomson (#6282174)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 606011
Telephone: 312-222-9350

Slade R. Metcalf
Gail C. Gove
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
Telephone: 212-918-3000

## **SERVICE LIST**

Stephen H. Marcus, Esq.  
Law Office of Stephen H. Marcus  
1050 17th Street N.W.  
Suite 600  
Washington, DC  20036  
(202) 331-7272

Thomas A. Vickers, Esq.  
Vanek, Vickers & Masini, P.C.  
225 W. Washington Street  
18th Floor  
Chicago, Illinois  60606  
(312) 224-1510

## CERTIFICATE OF SERVICE

I, David P. Sanders, an attorney in this matter, certify that on June 2, 2006, I caused copies of the foregoing **Notice of Filing** and **Statement Pursuant to Federal Rule of Civil Procedure 7.1** referenced therein to be served on the persons identified on the attached service list via telecopier and by Federal Express.

 s/ David P. Sanders  
David P. Sanders

CHICAGO_1411404_1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN R. LOTT, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 06 C 2007 |
| v. | ) | |
| | ) | Judge Castillo |
| | ) | |
| STEVEN D. LEVITT and | ) | Magistrate Judge Levin |
| HARPERCOLLINS PUBLISHERS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of the Local Rules of this Court, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for HarperCollins Publishers LLC (f/k/a HarperCollins Publishers Inc.) ("HarperCollins") certifies that News Corporation (successor by reorganization to The News Corporation Limited), a publicly held company, is the ultimate parent corporation of HarperCollins.

STEVEN D. LEVITT and
HARPERCOLLINS PUBLISHERS LLC


By:     s/ David P. Sanders
        One of their attorneys

Slade R. Metcalf
Gail C. Gove
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
(212) 918-3000

David P. Sanders (#02452359)
Wade A. Thomson (#6282174)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
(312) 923-2963

\\\NY - 91919/0304 - 943372 v1