**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN R. LOTT, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06 C 2007 |
| | ) | |
| STEVEN D. LEVITT and | ) | Honorable Ruben Castillo |
| HARPERCOLLINS PUBLISHERS INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:  [See Attached Service List]

PLEASE TAKE NOTICE that on Monday, June 5, 2006, Defendants filed, under separate cover because of its size, a hard copy of the book listed as Exhibit 1 in **Defendant HarperCollins' Motion to Dismiss**, which was filed in this court on June 2, 2006.

                                              STEVEN D. LEVITT and
                                              HARPERCOLLINS PUBLISHERS INC.


                                              By:   s/ David P. Sanders
                                                      One of their attorneys

Slade R. Metcalf
Gail C. Gove
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York  10022
Telephone:  212-918-3000

David P. Sanders (#02452359)
Wade A. Thomson (#6282174)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois  606011
Telephone:  312-222-9350

## SERVICE LIST

| | |
|---|---|
| Stephen H. Marcus, Esq. | Thomas A. Vickers, Esq. |
| Law Office of Stephen H. Marcus | Vanek, Vickers & Masini, P.C. |
| 1050 17th Street N.W. | 225 W. Washington Street |
| Suite 600 | 18th Floor |
| Washington, DC  20036 | Chicago, Illinois  60606 |
| (202) 331-7272 | (312) 224-1510 |

## **CERTIFICATE OF SERVICE**

I, David P. Sanders, an attorney in this matter, certify that on June 5, 2006, I caused copies of the foregoing **Notice of Filing** to be served on the persons identified on the attached service list via telecopier and by depositing a copy in the United States mail, proper first-class postage prepaid.

                                                   s/ David P. Sanders
                                                  David P. Sanders

CHICAGO_1411492_1