# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

John R. Lott Jr.

                      Plaintiff,

v.                                               Case No.: 1:06−cv−02007

                                                Honorable Ruben Castillo

Steven D. Levitt, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 8, 2006:

      MINUTE entry before Judge Ruben Castillo :Status hearing held. Plaintiff's response to defendant Harper/Collins Publishers, Inc.'s motion to dismiss [15] and defendant Steven D. Levitt's motion to dismiss [16] is due on or before 7/10/2006. Defendants' replies will be due on or before 7/24/2006. The Court will rule by mail.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.