Lott v. Levitt et al                                                                                               Doc. 27

Order Form (01/2005)

# United States District Court, Northern District of Illinois

JH

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 06 C 2007 | DATE | 1/11/2007 |
| CASE TITLE | John R. Lott, Jr. Vs. Steven D. Levitt, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing set for 1/24/2007 at 9:45 a.m. Enter Memorandum Opinion and Order. Defendant HarperCollins Publishers, Inc.'s motion to dismiss Count I of Plaintiff's complaint [15] is granted. Defendant Levitt's motion to dismiss [16] is granted as to Count I and denied as to Count II. Defendant HarperCollins Publishers, Inc. is hereby dismissed with prejudice.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|

06C1007 John R. Lott, Jr. Vs. Steven D. Levitt, et al.                                                Page 1 of 1

Dockets.Justia.com