**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN R. LOTT, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06 C 2007 |
| | ) | |
| STEVEN D. LEVITT and | ) | Honorable Ruben Castillo |
| HARPERCOLLINS PUBLISHERS INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:    [See Attached Service List]

PLEASE TAKE NOTICE that on Tuesday, January 30, 2007, at 9:45 a.m., I shall appear before the Honorable Ruben Castillo in Room 2319 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or any judge sitting in his stead, and then and there present the Agreed Motion to Extend Time for Defendant Levitt to Answer, a copy of which is hereby served upon you.

> STEVEN D. LEVITT and
> HARPERCOLLINS PUBLISHERS INC.
>
>
> By:    s/ David P. Sanders
>       One of their attorneys

David P. Sanders (#02452359)
Wade A. Thomson (#6282174)
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois  606011
Telephone:  312-222-9350

Slade R. Metcalf
Gail C. Gove
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York  10022
Telephone:  212-918-3000

## SERVICE LIST

Stephen H. Marcus, Esq.
Law Office of Stephen H. Marcus
1050 17th Street N.W.
Suite 600
Washington, DC  20036
(202) 331-7272

Thomas A. Vickers, Esq.
Vanek, Vickers & Masini, P.C.
225 W. Washington Street
18th Floor
Chicago, Illinois  60606
(312) 224-1510

**CERTIFICATE OF SERVICE**

I, David P. Sanders, an attorney in this matter, certify that on January 24, 2007, I caused copies of the foregoing **Agreed Motion to Extend Time for Defendant Levitt to Respond to Count II** to be served on the persons identified on the attached service list via telecopier and by depositing a copy in the United States mail, proper first-class postage prepaid, at 330 North Wabash Avenue, Chicago, Illinois.

       s/ David P. Sanders
       David P. Sanders

1495698