# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

John R. Lott Jr.

                      Plaintiff,

v.                                                  Case No.: 1:06−cv−02007

                                                            Honorable Ruben Castillo

Steven D. Levitt, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 24, 2007:

      MINUTE entry before Judge Ruben Castillo :Settlement conference reset to 2/15/2007 at 2:00 p.m. Settlement conference set for 1/31/2007 is vacated. Defendant Levitt's agreed motion to extend time for defendant Levitt to respond to Count II [30] is granted. Defendant to answer or otherwise plead to Count II within 21 days of the settlement conference. Motion hearing set for 1/30/2007 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.