# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 06 C 2007

JOHN R. LOTT, JR. v. STEPHEN D. LEVITT
and HARPERCOLLINS PUBLISHERS, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Third-party discovery respondent, The University of Chicago

| | |
|---|---|
| NAME (Type or print) <br> Jacob M. Rubinstein | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jacob M. Rubinstein | |
| FIRM <br> MECKLER BULGER & TILSON LLP | |
| STREET ADDRESS <br> 123 N. Wacker #1800, Chicago, IL 60606 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06225971 | TELEPHONE NUMBER <br> (312) 474-7900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |