UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN R. LOTT, JR., | ) |
| Plaintiff, | ) ) ) |
| | ) No. 06 C 2007 |
| v. | ) ) Judge Ruben Castillo |
| STEVEN D. LEVITT and, HARPERCOLLINS PUBLISHERS, INC., | ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF MOTION

To:  Stephen H. Marcus, Esq.        Slade Metcalf, Partner
     1730 Rhode Island Ave., N.W.   HOGAN & HARTSON LLP
     Suite 713                      875 Third Avenue
     Washington, D.C. 20036         New York, NY 10022
     smarcus@smarcuslaw.com         srmetcalf@hhlaw.com

**YOU ARE HEREBY NOTIFIED** that on Tuesday, June 19, 2007, at 9:45 a.m., or as soon thereafter as this Motion may be heard, we shall appear before Honorable Judge Ruben Castillo, or any judge sitting in his place and stead in Courtroom 2146, 219 South Dearborn, Chicago, Illinois, and then and there present **The University of Chicago's Motion for a Protective Order Preventing Disclosure of "Peer Referee" Identities and Other Confidential Information**.

## CERTIFICATE OF SERVICE

I, Jacob M. Rubinstein, an attorney, hereby certify that on June 12, 2007, I caused to be electronically filed the foregoing Notice of Motion and The University of Chicago's Motion for a Protective Order Preventing Disclosure of "Peer Referee" Identities and Other Confidential Information with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the person to whom the Notice is directed.

/s/Jacob M. Rubinstein

J. Stuart Garbutt
Jacob M. Rubinstein
Meckler Bulger & Tilson LLP
123 North Wacker Drive
Chicago, IL 60606
(312) 474-7900