U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

JOHN R. LOTT, JR., Plaintiff
v.
STEVEN D. LEVITT and
HARPERCOLLINS PUBLISHERS, INC., Defendants

Case Number: 06 C 2007

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JOHN R. LOTT, JR. (Additional Appearance)

| | |
|---|---|
| NAME (Type or print) Paul E. Freehling | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Paul E. Freehling | |
| FIRM SEYFARTH SHAW LLP | |
| STREET ADDRESS 131 South Dearborn Street, Suite 2400 | |
| CITY/STATE/ZIP Chicago, IL 60603-5577 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 0870897 | TELEPHONE NUMBER (312) 460-5000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |