# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

John R. Lott Jr.

                        Plaintiff,

v.                                          Case No.: 1:06−cv−02007

                                                      Honorable Ruben Castillo

Steven D. Levitt, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 14, 2007:

      MINUTE entry before Judge Ruben Castillo :Status hearing held on 6/14/2007 and continued to 7/17/2007 at 9:45 a.m. Plaintiff's motion for protective order [41] is denied as moot. Plaintiff's corrected motion for protective order [42] is denied for the reasons stated in open court. Motion by respondent University of Chicago for protective order [45] is granted to the extent stated in open court. Motion hearing set for 6/19/2007 is vacated. Parties to submit an agreed protective order to chambers by 6/28/2007 or submit individual proposed protective orders to chambers by 7/6/2007.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.