## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JOHN R. LOTT, JR., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 06 C 2007 |
| ) | |
| STEVEN D. LEVITT and ) | Judge Castillo |
| HARPERCOLLINS PUBLISHERS, INC., ) | |
| ) | Magistrate Judge Levin |
| Defendants. ) | |

### NOTICE OF MOTION

To:     Counsel of Record (see attached *Service List*)

On the 11th day of July, 2007, at 9:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Ruben Castillo or any Judge sitting in his stead, in Courtroom 2141, located at The Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and present Motion to Withdraw appearance of Thomas A. Vickers as local counsel for Plaintiff.

                                            /s/ Thomas A. Vickers

Thomas A. Vickers
Vanek, Vickers & Masini, P.C.
111 S. Wacker Drive, Suite 4050
Chicago, IL 60606
(312) 224-1500

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOHN R. LOTT, JR., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 06 C 2007 |
| ) | |
| STEVEN D. LEVITT and ) | Judge Castillo |
| HARPERCOLLINS PUBLISHERS, INC., ) | |
| ) | Magistrate Judge Levin |
| Defendants. ) | |

## MOTION TO WITHDRAW

NOW COMES Movant, Thomas A. Vickers of the firm of Vanek, Vickers & Masini, P.C., and moves this Honorable Court for leave to withdraw his appearance as local counsel on behalf of Plaintiff, John R. Lott, Jr. In support of this Motion, Movant states as follows:

1. Movant filed his appearance as local counsel for Plaintiff in this matter on April 10, 2006.

2. On June 18, 2007, Paul E. Freehling of the firm of Seyfarth Shaw filed his additional appearance as local counsel on behalf of Plaintiff in this matter, substituting as local counsel for Plaintiff. (See attached e-mail). As a result, Movant requests that his appearance as local counsel for Plaintiff be withdrawn *instanter*.

Respectfully submitted,
/s/ Thomas A. Vickers - ARDC #6226288
Vanek, Vickers & Masini, P.C.
111 S. Wacker Drive
Suite 4050
Chicago, IL 60606
Tel: (312) 224-1500
Fax: (312) 224-1510
tvickers@vaneklaw.com

# Guth, Vicki G.

**From:** Vickers, Tom A.
**Sent:** Sunday, June 17, 2007 9:21 PM
**To:** Guth, Vicki G.
**Subject:** Fw: Lott v. Levitt

Please prepare a motion to withdraw appearance.
------Original Message------
From: Freehling, Paul
To: Vickers, Tom A.
Cc: John Lott
Sent: Jun 15, 2007 2:05 PM
Subject: Lott v. Levitt

Yesterday, I filed my additional appearance on behalf of the plaintiff. My understanding is that, effective immediately, Prof. Lott wants me to serve as his Chicago lawyer in this case. Accordingly, I am going to advise all other counsel that, henceforth, they need not regard you as the plaintiff's local counsel.

WE HAVE MOVED EFFECTIVE AUGUST 14, 2006!
MY NEW ADDRESS AND PHONE NUMBERS ARE:

Paul E. Freehling
Seyfarth Shaw LLP
131 S. Dearborn St., Suite 2400
Chicago, IL 60603
312/460-5618 - Direct
312/460-7618 - Fax

Any tax information or written tax advice contained herein (including any attachments) is not intended to be and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer. (The foregoing legend has been affixed pursuant to U.S. Treasury Regulations governing tax practice.)

This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this information is prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it. Thank you.