# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 06 C 2007 |
|---|---|
| JOHN R. LOTT, JR., Plaintiff<br>v.<br>STEVEN D. LEVITT and<br>HARPERCOLLINS PUBLISHERS, INC., Defendants | |

**AN AMENDED APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:**

JOHN R. LOTT, JR.

| NAME (Type or print) |
|---|
| Paul E. Freehling |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Paul E. Freehling |
| FIRM |
| Seyfarth Shaw LLP |
| STREET ADDRESS |
| 131 South Dearborn Street, Suite 2400 |
| CITY/STATE/ZIP |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>0870897 | TELEPHONE NUMBER<br>(312) 460-5000 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |