UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN R. LOTT, JR., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 06 C 2007 |
| ) | |
| STEVEN D. LEVITT and ) | Judge Castillo |
| HARPERCOLLINS PUBLISHERS, INC., ) | |
| ) | Magistrate Judge Levin |
| Defendants. ) | |

### NOTICE OF MOTION

To:   Counsel of Record (see attached *Service List*)

On the 11th day of July, 2007, at 9:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Ruben Castillo or any Judge sitting in his stead, in Courtroom 2141, located at The Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and present Motion to Withdraw appearance of Thomas A. Vickers as local counsel for Plaintiff.

/s/ Thomas A. Vickers

Thomas A. Vickers
Vanek, Vickers & Masini, P.C.
111 S. Wacker Drive, Suite 4050
Chicago, IL 60606
(312) 224-1500