Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 2007 | **DATE** | 7/10/2007 |
| **CASE TITLE** | John R. Lott, Jr. Vs. Steven D. Levitt, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing set for 7/11/2007 is vacated. Thomas A. Vickers' motion to withdraw [49] as local counsel on behalf of Plaintiff is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|

Dockets.Justia.com