# UNITED STATES DISTRICT COURT
# FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
# Eastern Division

John R. Lott Jr.

                      Plaintiff,

v.                                        Case No.: 1:06–cv–02007
                                                 Honorable Ruben Castillo

Steven D. Levitt, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 17, 2007:

       MINUTE entry before Judge Ruben Castillo :Status hearing held on 7/17/2007. The Court will hold a settlement conference in chambers on 7/18/2007 at 4:00 PM.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.