## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JOHN R. LOTT, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06 C 2007 |
| ) | |
| STEVEN D. LEVITT and ) | Honorable Judge Castillo |
| HARPERCOLLINS PUBLISHERS, INC. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:  Slade R. Metcalf                               David P. Sanders
     Gail C. Gove                                   JENNER & BLOCK
     HOGAN & HARTSON LLP                            330 North Wabash Avenue
     875 Third Avenue                               Chicago, IL  60611
     New York, NY  10022

PLEASE TAKE NOTICE that on August 8, 2007, at 9:45 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Ruben Castillo, or any other judge sitting in his stead in Courtroom 2141 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60603 and there present Plaintiff's Motion to Reconsider Dismissal of Count I, a copy of which is attached and served upon you.

Respectfully submitted,

SEYFARTH SHAW LLP

By: s/ Mark L. Johnson
    One of His Attorneys

Paul E. Freehling
Mark L. Johnson
SEYFARTH SHAW LLP
131 S. Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000

CH1 11275453.1

## **CERTIFICATE OF SERVICE**

Mark L. Johnson, an attorney, certifies that he caused a true and correct copy of the foregoing Plaintiff's Motion to Reconsider Dismissal of Count I to be served upon:

>Gail C. Gove
>HOGAN & HARTSON LLP
>875 Third Avenue
>New York, NY  10022
>
>David P. Sanders
>JENNER & BLOCK
>330 North Wabash Avenue
>Chicago, IL 60611

by e-mail and placing same in a properly addressed, postage prepaid envelope and deposited in the U.S. Mail at 131 South Dearborn Street, Chicago, Illinois this 27th day of July, 2007.

>s/ Mark L. Johnson