# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOHN R. LOTT, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06 C 2007 |
| ) | |
| STEVEN D. LEVITT and ) | Honorable Judge Castillo |
| HARPERCOLLINS PUBLISHERS, INC. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   Slade R. Metcalf                                David P. Sanders
      Gail C. Gove                                    JENNER & BLOCK
      HOGAN & HARTSON LLP                             330 North Wabash Avenue
      875 Third Avenue                                Chicago, IL  60611
      New York, NY  10022

   PLEASE TAKE NOTICE that on August 8, 2007, at 9:45 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Ruben Castillo, or any other judge sitting in his stead in Courtroom 2141 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60603 and there present Plaintiff's Motion for Leave to File Amended Complaint, a copy of which is attached and served upon you.

                                            Respectfully submitted,

                                            SEYFARTH SHAW LLP


                                            By: s/ Mark L. Johnson
                                                 One of His Attorneys

Paul E. Freehling
Mark L. Johnson
SEYFARTH SHAW LLP
131 S. Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000

CH1 11277641.1

# CERTIFICATE OF SERVICE

Mark L. Johnson, an attorney, certifies that he caused a true and correct copy of the foregoing Plaintiff's Motion for Leave to File Amended Complaint to be served upon:

>Gail C. Gove
>HOGAN & HARTSON LLP
>875 Third Avenue
>New York, NY 10022
>
>David P. Sanders
>JENNER & BLOCK
>330 North Wabash Avenue
>Chicago, IL 60611
>
>Stephen H. Marcus
>Law Office of Stephen H. Marcus
>1050 17th Street, N.W.
>Suite 600
>Washington, DC 20036

by e-mail (Gail C. Gove and David P. Sanders) and placing same in a properly addressed, postage prepaid envelope and deposited in the U.S. Mail (Stephen H. Marcus) at 131 South Dearborn Street, Chicago, Illinois this 30th day of July, 2007.

>s/ Mark L. Johnson