IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN R. LOTT, JR. | ) |
|        Plaintiff, | ) |
| vs. | ) Case No. 06 C 2007 |
| | ) Hon. Judge Castillo |
| STEVEN D. LEVITT and HARPERCOLLINS PUBLISHERS, INC. | ) |
|        Defendants. | ) |

## RULE 41(a)(1) STIPULATION OF DISMISSAL OF COUNT II OF THE COMPLAINT

Plaintiff John R. Lott, Jr. and defendant Steven D. Levitt, through their respective counsel, hereby jointly stipulate pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure to the dismissal of Count II of the Complaint with prejudice, pursuant to a Settlement Agreement and Release, with each party to bear his own attorneys' fees and costs.

JOHN R. LOTT, JR.

By: _____

Paul E. Freehling
Mark L. Johnson
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
Attorneys for Plaintiff John R. Lott, Jr.

STEVEN D. LEVITT

By: _____

Slade R. Metcalf
Gail C. Gove
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

David P. Sanders
Wade A. Thompson
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60601
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
Attorneys for Defendant Steven D. Levitt

CH1 1115690

# CERTIFICATE OF SERVICE

Mark L. Johnson, an attorney, certifies that he caused a true and correct copy of the foregoing Rule 31(a)(1) Stipulation of Dismissal of Count II of the Complaint to be served upon:

> Slade R. Metcalf
> Gail C. Gove
> HOGAN & HARTSON LLP
> 875 Third Avenue
> New York, NY 10022
>
> David P. Sanders
> JENNER & BLOCK
> 330 North Wabash Avenue
> Chicago, IL 60611

by e-mail this 3rd day of August, 2007.

s/ Mark L. Johnson