# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 2007 | **DATE** | 8/7/2007 |
| **CASE TITLE** | John R. Lott, Jr. Vs. Steven D. Levitt | | |

**DOCKET ENTRY TEXT**

Status hearing set for 8/23/2007 is vacated.  This case is hereby dismissed with prejudice pursuant to the Rule 41(a)(1) Stipulation of Dismissal of Count II of the Complaint filed on 8/3/2007.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|