Lott v. Levitt et al

Doc. 66

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 2007 | **DATE** | 8/7/2007 |
| **CASE TITLE** | John R. Lott, Jr. Vs. Steven D. Levitt | | |

**DOCKET ENTRY TEXT**

This Court's earlier order is modified as follows. Count II of the Complaint is dismissed with prejudice. Plaintiff will be allowed to pursue his motion for leave to file an amended complaint [60]. Defendant's response will be due 8/14/2007. Plaintiff's reply will be due 8/21/2007. The Court will rule on 8/23/2007 at 9:45 a.m.

Docketing to mail notices.

| Courtroom Deputy Initials: | RO |
|---|---|



Dockets.Justia.com