**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JOHN R. LOTT, JR.,                              )
                                                )
                    Plaintiff,                  )
                                                )
          v.                                    )        No. 06 C 2007
                                                )
STEVEN D. LEVITT and                            )        Honorable Ruben Castillo
HARPERCOLLINS PUBLISHERS INC.,                  )
                                                )
                    Defendants.                 )

**NOTICE OF FILING**

TO:     Paul Freehling                    Stephen H. Marcus
        Seyfarth Shaw LLP                 Law Offices of Stephen H. Marcus
        131 South Dearborn Street         1050 17th Street, NW
        Chicago, Illinois  60603          Washington, DC  20036

        PLEASE TAKE NOTICE that on Tuesday, August 14, 2007, Defendants filed their
**Memorandum of Defendants HarperCollins Publishers LLC and Steven D. Levitt In
Opposition to Plaintiff's Motion for Leave to File Amended Complaint** with the Clerk of the
United States District Court for the Northern District of Illinois, a true and correct copy of which
is enclosed herewith.

                                        STEVEN D. LEVITT and
                                        HARPERCOLLINS PUBLISHERS LLC.


                                        By:  ___s/ Slade R. Metcalf___
                                             One of their attorneys

David P. Sanders (#02452359)
Wade A. Thomson (#6282174)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois  606011
Telephone:  312-222-9350

Slade R. Metcalf
Gail C. Gove
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York  10022
Telephone:  212-918-3000

## CERTIFICATE OF SERVICE

Slade R. Metcalf, an attorney, hereby certifies that he caused a copy of the foregoing

**Notice of Filing** and the **Memorandum of Defendants HarperCollins Publishers LLC and**

**Steven D. Levitt In Opposition to Plaintiff's Motion for Leave to File Amended Complaint**

to be served on the persons identified in the Notice of Filing by electronic filing and by

depositing a copy in the United States mail on August 14, 2007.


                                      s/ Slade R. Metcalf
                                     Slade R. Metcalf