Lott v. Levitt et al
Doc. 70 

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 06 C 2007 | DATE | 8/23/2007 |
| CASE TITLE | John R. Lott, Jr. Vs. Steven D. Levitt | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 8/23/2007. Enter Order. Plaintiff's motion for leave to file amended complaint [60] is denied.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
MAIL AO 450

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|