

AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

John R. Lott, Jr.

v.

Steven D. Levitt and HarperCollins Publishers, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number: 06 C 2007

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants Steven D. Levitt and HarperCollins Publishers, Inc. and against plaintiff John R. Lott, Jr. on Count I.
Count II is dismissed with prejudice pursuant to a settlement between plaintiff John R. Lott, Jr. and defendant Steven D. Levitt.
This cause of action is dismissed in its entirety. There being no just reason for delay, this is a final and appealable order.

Michael W. Dobbins, Clerk of Court

Date: 8/23/2007

*Ruth O'Shea*

Ruth O'Shea, Deputy Clerk