IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN R. LOTT, JR., | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) Case No. 06 C 2007 |
| STEVEN D. LEVITT AND HARPERCOLLINS PUBLISHERS, INC. | ) ) Honorable Judge Ruben Castillo ) ) |
|     Defendant. | ) ) ) |

## PLAINTIFF-APPELLANT'S CORRECTED DESIGNATION OF DOCUMENTS FOR INCLUSION IN THE RECORD ON APPEAL

Plaintiff-Appellant John R. Lott, Jr., by his attorneys, and pursuant to Circuit Rule 10(a) and Rule 10(a) of the Federal Rules of Appellate Procedure, respectfully requests that the District Court include in the Record on Appeal the following documents necessary for appellate review:

| Date Filed | Docket # | Description |
|---|---|---|
| 06/02/2006 | 15 | MOTION by Defendant HarperCollins Publishers, Inc. to dismiss |
| 06/02/2006 | 16 | MOTION by Defendant Steven D. Levitt to dismiss |
| 06/02/2006 | 17 | NOTICE of Motion by David P. Sanders for presentment of motion to dismiss 15, motion to dismiss 16 before Honorable Ruben Castillo on 6/8/2006 at 09:45 AM |
| 06/05/2006 | 19 | NOTICE by all defendants *of Filing Exhibit 1 in Defendant HarperCollins' Motion to Dismiss* |
| 06/05/2006 | 20 | EXHIBIT 1 by Defendants to Defendant HarperCollins' motion to dismiss 19 (Demand is hereby made on Defendant HarperCollins to provide a PDF version of Exhibit 1. See Circuit Rule 31(e).) |
| 06/07/2006 | 22 | MEMORANDUM by Steven D. Levitt in Support of motion to |

| | | dismiss 16 |
|---|---|---|
| 06/07/2006 | 23 | MEMORANDUM by HarperCollins Publishers, Inc. in Support of motion to dismiss 15 |
| 06/08/2006 | n/a | TRANSCRIPT of proceedings held on 6/8/2006 before Judge Ruben Castillo (Copy ordered) |
| 07/10/2006 | 25 | MEMORANDUM by John R. Lott, Jr. in Opposition to motion to dismiss 15, motion to dismiss 16 |
| 07/24/2006 | 26 | REPLY *Memorandum in Support of Defendants' Motion to Dismiss* |
| 05/02/2007 | n/a | TRANSCRIPT of proceedings held on 5/2/2007 before Judge Ruben Castillo (copy ordered) |
| 06/14/2007 | n/a | TRANSCRIPT of proceedings held on 6/14/2007 before Judge Ruben Castillo (Copy attached as Exhibit 1) |
| 07/17/2007 | n/a | TRANSCRIPT of proceedings held on 7/17/2007 before Judge Ruben Castillo (copy ordered) |
| 07/27/2007 | 57 | MOTION by Plaintiff John R. Lott, Jr. for reconsideration *dismissal of Count I* (Attachments: #1 Exhibit) |
| 07/27/2007 | 58 | NOTICE of Motion by Mark L. Johnson for presentment of motion for reconsideration 57 before Honorable Ruben Castillo on 8/8/2007 at 9:45 A.M. |
| 07/30/2007 | 60 | MOTION by Plaintiff John r. Lott, Jr. for leave to file *amended complaint* (Attachments: #1 Exhibit corrected) |
| 07/30/2007 | 61 | NOTICE of motion by Mark L. Johnson for presentment of motion for leave to file 60 |
| 07/31/2007 | n/a | TRANSCRIPT of proceedings held on 7/31/2007 before Judge Ruben Castillo (Copy attached as Exhibit 2) |
| 08/14/2007 | 67 | MEMORANDUM by Steven D. Levitt, HarperCollins Publishers, Inc. *In Opposition to Plaintiff's Motion for Leave to File an Amended Complaint* (Attachments #1 Exhibit A) |
| 08/14/2007 | 68 | NOTICE by HarperCollins Publishers, Inc., Steven D. Levitt re memorandum 67 |
| 08/21/2007 | 69 | REPLY by Plaintiff John R. Lott, Jr. *(Memorandum of Law in Support of Motion for Leave to File His First Amended Complaint)* |

| 08/23/2007 | n/a | TRANSCRIPT of proceedings held on 8/23/2007 before Judge Ruben Castillo (Copy attached as Exhibit 3) |

                Respectfully submitted,

                SEYFARTH SHAW LLP


        By  s/ Mark L. Johnson
                One of Its Attorneys


Paul E. Freehling
Mark L. Johnson
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

CH1 11304731.1

## CERTIFICATE OF SERVICE

Mark L. Johnson, an attorney, certifies that he caused a true and correct copy of the foregoing **PLAINTIFF-APPELLANT'S CORRECTED DESIGNATION OF DOCUMENTS FOR INCLUSION IN THE RECORD ON APPEAL** to be served upon the following parties by e-mail and placing same in a properly addressed, postage prepaid envelope and deposited in the U.S. Mail at 131 South Dearborn Street, Chicago, Illinois this 12th day of September, 2007:

>Slade Metcalf
>Gail C. Gove
>HOGAN & HARTSON LLP
>875 Third Avenue
>New York, NY 10022
>
>David P. Sanders
>JENNER & BLOCK
>330 North Wabash Avenue
>Chicago, IL 60611

s/    Mark L. Johnson