## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **JOHN R. LOTT, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 06 CV 2007** |
| | ) | |
| **STEVEN D. LEVITT and** | ) | **Judge Ruben Castillo** |
| **HARPERCOLLINS PUBLISHERS, INC.** | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF FILING

**TO:**

Slade R. Metcalf                                David P. Sanders
Gail C. Gove                                    JENNER & BLOCK
HOGAN & HARTSON LLP                             330 North Wabash Avenue
875 Third Avenue                                Chicago, IL  60611
New York, NY  10022

    PLEASE TAKE NOTICE that on September 12, 2007, we filed with the Clerk of the
United States District Court for the Northern District of Illinois the attached **PAGE 10 TO
TRANSCRIPT OF PROCEEDINGS HELD ON 6/14/2007 BEFORE JUDGE RUBEN
CASTILLO** for inclusion in the Record on Appeal, which was inadvertently omitted from
Plaintiff-Appellant's Corrected Designation of Documents for Inclusion in the Record on
Appeal, a copy of which is attached hereto.

                        By:     s/ Mark L. Johnson
                                One of the Attorneys for Plaintiff John R. Lott, Jr.

Paul E. Freehling 0870897
Mark L. Johnson 6204488
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000

## CERTIFICATE OF SERVICE

Mark L. Johnson, an attorney, certifies that he caused true and correct copies of the

foregoing **NOTICE OF FILING OF PAGE 10 TO TRANSCRIPT OF PROCEEDINGS**

**HELD ON 6/14/2007 BEFORE JUDGE RUBEN CASTILLO** to be served upon:

> Slade R. Metcalf
> Gail C. Gove
> HOGAN & HARTSON LLP
> 875 Third Avenue
> New York, NY 10022
>
> David P. Sanders
> JENNER & BLOCK
> 330 North Wabash Avenue
> Chicago, IL 60611

by first-class mail this 12th day of September, 2007.

s/ Mark L. Johnson

CH1 11306878.1

1
2
3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOHN R. LOTT, JR.,                    )
4                                       )
                    Plaintiff,          )
5        -vs-                           )   Case No. 06 C 2007
                                        )
6        STEVEN D. LEVITT,              )   Chicago, Illinois
                                        )   June 14, 2007
7                        Defendant.     )   9:49 a.m.

8

9

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE RUBEN CASTILLO

10   APPEARANCES:

11   For the Plaintiff:          MR. STEPHEN H. MARCUS
                                 Law Office of Stephen H. Marcus
12                               1050 17th St., N.W.
                                 Suite 600
13                               Washington, DC  20036
                                 (202) 776-0651
14
                                 MR. PAUL E. FREEHLING
15                               Seyfarth Shaw LLP
                                 131 South Dearborn Street
16                               Suite 2400
                                 Chicago, Illinois  60603
17                               (312) 346-8000

18

19

20

21   Court Reporter:

22                 KATHLEEN M. FENNELL, CSR, RMR, FCRR
                          Official Court Reporter
23                     United States District Court
              219 South Dearborn Street, Suite 2144-A
24                      Chicago, Illinois  60604
                     Telephone:  (312) 435-5569
25                email:  Kathyfennell@sbcglobal.net

identities that all the individuals involved in this peer review, if that was the truth, were involved in whatever conference you're referring to.

But that's all I'm going to say.

Why don't you come back and see me, so I can get a further report on discovery, but I'm glad you're proceeding in the fashion you are.

I'm going to give you, first of all, two weeks to agree on a standard protective order. And, remember, that a standard protective order approved by this Court would have a clause that says the Court retains the final discretion to redesignate any confidential matter as a public document, but if you cannot agree within that two-week period, then by the third week, submit each other's version so I can compare apple to apple.

And why don't you come back and see me on July 17th at 9:45. Thank you.

MR. METCALF:   Thank you, your Honor.

MR. MARCUS:    Thank you.

MR. FREEHLING:  At 9:45, Judge?

THE COURT:  9:45.  Thank you.

MR. MARCUS:    Thank you, your Honor.

(Which were all the proceedings heard.)