IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN R. LOTT, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 06 C 2007 |
| v. ) | |
| ) | Judge Castillo |
| ) | |
| STEVEN D. LEVITT and ) | Magistrate Judge Levin |
| HARPERCOLLINS PUBLISHERS, INC., ) | |
| ) | |
| Defendants. ) | |

### DESIGNATION OF DOCUMENTS OF DEFENDANTS-APPELLEES
### FOR INCLUSION IN THE RECORD ON APPEAL

Defendants-Appellees Steven D. Levitt and HarperCollins Publishers L.L.C., by their undersigned attorneys, and pursuant to Circuit Rule 10(a) and Rule 10(a) of the Federal Rules of Appellate Procedure, hereby respectfully request that, in addition to those documents identified in Plaintiff-Appellant's Corrected Designation of Documents For Inclusion in the Record on Appeal, filed with this Court on September 12, 2007, the District Court include in the Record on Appeal the following documents necessary for appellate review:

| Date Filed | Docket # | Description |
|---|---|---|
| 05/29/07 | 42 | MOTION by Plaintiff John R. Lott, Jr. for protective order |
| 06/04/04 | 43 | MEMORANDUM by Steven D. Levitt in opposition to motion for protective order |
| 07/06/07 | 54 | STIPULATED Protective Order signed by Judge Ruben Castillo |
| 8/03/07 | 64 | STIPULATION of Dismissal of Count II of the Complaint |

Dated: September 14, 2007

HARPERCOLLINS PUBLISHERS L.L.C. AND
STEVEN D. LEVITT

By:   /s/ Slade R. Metcalf
       One Of Their Attorneys

Slade R. Metcalf
Gail C. Gove
HOGAN & HARTSON LLP
875 Third Avenue
New York, New York 10022
(212) 918-3000

David P. Sanders
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
(312) 222-9350

## CERTIFICATE OF SERVICE

I, Gail C. Gove, an attorney, hereby certify that I caused a copy of the foregoing **Designation of Documents of Defendants-Appellees For Inclusion in the Record on Appeal** to be filed electronically with the Clerk of the Court using the CM/ECF system on this 14th day of September, 2007, which will automatically send email notifications of such filing to registered parties.

> Paul E. Freehling
> Mark L. Johnson
> Seyfarth Shaw LLP
> 131 S. Dearborn St., Suite 2400
> Chicago, IL 60603

/s/ Gail C. Gove

\\\\NY - 091919/000304 - 1055901 v1

3