

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**
    312-435-5670

September 20, 2007

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Lott -v- Levitt

U.S.D.C. DOCKET NO. : 06 cv 2007

U.S.C.A. DOCKET NO. : 07 - 3095

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

  VOLUME(S) OF PLEADING(S)         *1 Volume of Pleadings*

  VOLUME(S) OF TRANSCRIPT(S)

  VOLUME(S) OF DEPOSITION(S)

EXHIBITS                            *1 Exhibit*

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                 Very truly yours,

                                 Michael W. Dobbins, Clerk

                                 By:_____
                                    D. Jordan, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

    *1 Volume of Pleadings*
    *1 Exhibit*

In the cause entitled: Lott -v- Levitt.

USDC NO.     : 06 cv 2007

USCA NO.     : 07 - 3095

          IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 20th day of Sept. 2007.

          MICHAEL W. DOBBINS, CLERK

          By: _____
              D. Jordan, Deputy Clerk

# United States District Court
### Northern District of Illinois
### 219 South Dearborn Street
### Chicago, Illinois 60604

I, MICHAEL W. DOBBINS, CLERK of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the following is transmitted as part of the record on appeal in the cause entitled:  **Lott -v- Levitt**

USDC No.: 06 cv 2007

USCA No.: 07 - 3095

| FILED DATE | ITEM NO. | DESCRIPTION |
|---|---|---|
| 6/5/06 | 20 | EXHIBIT 1 by defendants |

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the aforesaid court at Chicago Illinois, this 20th day of Sept. 2007.

MICHAEL W. DOBBINS, CLERK

By:_____
    D. Jordan, Deputy Clerk

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:06-cv-02007
# Internal Use Only

| | |
|---|---|
| Lott v. Levitt et al | Date Filed: 04/10/2006 |
| Assigned to: Honorable Ruben Castillo | Date Terminated: 08/07/2007 |
| | Jury Demand: Plaintiff |
| Case in other court: 07-03095 | Nature of Suit: 360 P.I.: Other |
| | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity-Other Contract | |

**Plaintiff**

**John R. Lott, Jr.**    represented by    **Mark L. Johnson**
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-4205
(312)346-8000
Email: majohnson@seyfarth.com
*ATTORNEY TO BE NOTICED*

**Paul E. Freehling**
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-4205
(312)346-8000
Email: pfreehling@seyfarth.com
*ATTORNEY TO BE NOTICED*

**Stephen H. Marcus**
Law Office of Stephen H. Marcus
1050 17th St., N.W.
Suite 600
Washington, DC 20036
(202) 776-0651
*ATTORNEY TO BE NOTICED*

                                              **Thomas A. Vickers**
Vanek, Vickers & Masini, P.C.
225 W. Washington Street
#1850
Chicago, IL 60606
(312)224-1500
Email: tvickers@vaneklaw.com
*TERMINATED: 07/10/2007*

V.

**Defendant**

**Steven D. Levitt** represented by **Slade R Metcalf**
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
(212)918-3000
Email: srmetcalf@hhlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David P. Sanders**
Jenner & Block LLP
330 North Wabash
Chicago, IL 60611
(312)222-9350
Email: dsanders@jenner.com
*ATTORNEY TO BE NOTICED*

**Gail C. Gove**
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
(212) 918-3000
Email: gcgove@hhlaw.com
*ATTORNEY TO BE NOTICED*

**Wade A Thompson**
Jenner & Block LLP
330 North Wabash
Chicago, IL 60611
(312)222-9350

**Defendant**

**HarperCollins Publishers, Inc.**  represented by **David P. Sanders**
*TERMINATED: 01/11/2007*  (See above for address)
 *TERMINATED: 01/11/2007*

 **Gail C. Gove**
 (See above for address)
 *TERMINATED: 01/11/2007*

 **Slade R Metcalf**
 (See above for address)
 *TERMINATED: 01/11/2007*

 **Wade A Thompson**
 (See above for address)
 *TERMINATED: 01/11/2007*

 Email: wthomson@jenner.com
 *ATTORNEY TO BE NOTICED*

**Defendant**

**HarperCollins Publishers, Inc.**
*TERMINATED: 01/11/2007*

**Respondent**

**Third-party University Of Chicago**  represented by **Jacob Maxwell Rubinstein**
 Meckler Bulger & Tilson LLP
 123 North Wacker Drive
 Suite 1800
 Chicago, IL 60606
 (312) 474-7900
 Email: jake.rubinstein@mbtlaw.com
 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/10/2006 | 1 | COMPLAINT filed by John R. Lott, Jr.,; Jury Demand.(hp, ) (Entered: 04/12/2006) |
| 04/10/2006 | 2 | CIVIL Cover Sheet (hp, ) (Entered: 04/12/2006) |

| | | |
|---|---|---|
| 04/10/2006 | 3 | ATTORNEY Appearance for Plaintiff John R. Lott, Jr., by Thomas A. Vickers (hp, ) (Entered: 04/12/2006) |
| 04/10/2006 | 4 | (Court only) RECEIPT regarding payment of filing fee paid on 4/10/2006 in the amount of $350.00, receipt number 10332852 (hp, ) (Entered: 04/12/2006) |
| 04/27/2006 | 5 | SUMMONS Issued as to Defendants Steven D. Levitt, HarperCollins Publishers, Inc. (hp, ) (Entered: 05/01/2006) |
| 05/08/2006 | 6 | MINUTE entry before Judge Ruben Castillo : Parties to file a joint status report on or before 6/5/2006. Status hearing set for 6/8/2006 at 9:45 AM. Mailed notice (rao, ) (Entered: 05/08/2006) |
| 05/17/2006 | 7 | ATTORNEY Appearance for Defendants Steven D. Levitt, HarperCollins Publishers, Inc. by David P. Sanders (Sanders, David) (Entered: 05/17/2006) |
| 05/17/2006 | 8 | ATTORNEY Appearance for Defendants Steven D. Levitt, HarperCollins Publishers, Inc. by Wade A Thompson (Thompson, Wade) (Entered: 05/17/2006) |
| 05/17/2006 | 9 | MOTION by Defendants Steven D. Levitt, HarperCollins Publishers, Inc. for extension of time *to Answer or otherwise Plead to complaint (Agreed)* (Sanders, David) (Entered: 05/17/2006) |
| 05/17/2006 | 10 | NOTICE of Motion by David P. Sanders for presentment of motion for extension of time 9 before Honorable Ruben Castillo on 5/24/2006 at 09:45 AM. (Sanders, David) (Entered: 05/17/2006) |
| 05/18/2006 | 11 | MINUTE entry before Judge Ruben Castillo : Defendants' agreed motion to extend time to answer or otherwise plead to complaint 9 is granted. Defendants to answer or otherwise plead to the complaint on or before 6/5/2006. Motion hearing set for 5/24/2006 is vacated. Status report filing date of 6/5/2006 and status hearing set for 6/8/2006 at 9:45 a.m. will stand. Mailed notice (rao, ) (Entered: 05/18/2006) |
| 05/25/2006 | 12 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Defendants Steven D. Levitt, HarperCollins Publishers, Inc. by Slade R. Metcalf; Order entered granting leave by Ruben Castillo. Filing fee $50.00 paid, receipt number 10641668 (hp, ) (Entered: 05/31/2006) |
| 05/25/2006 | 13 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Defendants Steven D. Levitt, HarperCollins Publishers, Inc. by Gail C. Gove; Order entered granting leave by Ruben Castillo. Filing fee $50.00 paid, receipt number 10641668 (hp, ) (Entered: 05/31/2006) |
| 06/02/2006 | 14 | STATUS Report *(Joint)* by John R. Lott, Jr, Steven D. Levitt, HarperCollins Publishers, Inc. (Sanders, David) (Entered: 06/02/2006) |
| 06/02/2006 | 15 | MOTION by Defendant HarperCollins Publishers, Inc. to dismiss |

| | | |
|---|---|---|
| | | (Sanders, David) (Entered: 06/02/2006) |
| 06/02/2006 | [16](#) | MOTION by Defendant Steven D. Levitt to dismiss (Sanders, David) (Entered: 06/02/2006) |
| 06/02/2006 | [17](#) | NOTICE of Motion by David P. Sanders for presentment of motion to dismiss[15](#), motion to dismiss[16](#) before Honorable Ruben Castillo on 6/8/2006 at 09:45 AM. (Sanders, David) (Entered: 06/02/2006) |
| 06/02/2006 | [18](#) | STATEMENT by Steven D. Levitt, HarperCollins Publishers, Inc. *Pursuant to Federal Rule of Civil Procedure 7.1* (Sanders, David) (Entered: 06/02/2006) |
| 06/02/2006 | [21](#) | APPLICATION for Leave to Appear Pro Hac Vice on behalf of John R. Lott, Jr by Stephen H. Marcus; Order entered granting leave by Ruben Castillo. Filing fee $50.00 paid, receipt number 10717352 (hp, ) (Entered: 06/07/2006) |
| 06/05/2006 | [19](#) | NOTICE by all defendants *of Filing Exhibit 1 in Defendant HarperCollins' Motion to Dismiss* (Sanders, David) (Entered: 06/05/2006) |
| 06/05/2006 **S/C** | [20](#) | EXHIBIT 1 by Defendants to Defendant HarperCollins' motion to dismiss [19](#) (hp, ) (Entered: 06/06/2006) |
| 06/07/2006 | [22](#) | MEMORANDUM by Steven D. Levitt in Support of motion to dismiss[16](#) (Sanders, David) (Entered: 06/07/2006) |
| 06/07/2006 | [23](#) | MEMORANDUM by HarperCollins Publishers, Inc. in Support of motion to dismiss[15](#) (Sanders, David) (Entered: 06/07/2006) |
| 06/08/2006 | [24](#) | MINUTE entry before Judge Ruben Castillo : Status hearing held. Plaintiff's response to defendant Harper/Collins Publishers, Inc.'s motion to dismiss [15](#) and defendant Steven D. Levitt's motion to dismiss [16](#) is due on or before 7/10/2006. Defendants' replies will be due on or before 7/24/2006. The Court will rule by mail. Mailed notice (rao, ) (Entered: 06/08/2006) |
| 07/10/2006 | [25](#) | MEMORANDUM by John R. Lott, Jr in Opposition to motion to dismiss[15](#), motion to dismiss[16](#) (Vickers, Thomas) (Entered: 07/10/2006) |
| 07/24/2006 | [26](#) | REPLY *Memorandum in Support of Defendants' Motion to Dismiss* (Metcalf, Slade) (Entered: 07/24/2006) |
| 01/11/2007 | [27](#) | MINUTE entry before Judge Ruben Castillo : Status hearing set for 1/24/2007 at 9:45 a.m. Enter Memorandum Opinion and Order. Defendant HarperCollins Publishers, Inc.'s motion to dismis Count I of Plaintiff's complaint [15](#) is granted. Defendant Levitt's motion to dismiss [16](#) is granted as to Count I and denied as to Count II. Defendant HarperCollins Publishers, Inc. is hereby dismissed with prejudice. (For further detail see separate order.) Mailed notice (hp, ) (Entered: |

| | | |
|---|---|---|
| | | 01/16/2007) |
| 01/11/2007 | 28 | MEMORANDUM Opinion and Order Signed by Judge Ruben Castillo on 1/11/2007:Mailed notice(hp, ) (Entered: 01/16/2007) |
| 01/22/2007 | 29 | MINUTE entry before Judge Ruben Castillo :Status hearing set for 1/24/2007 is vacated. Settlement conference set for 1/31/2007 at 1:30 PM. Clients with settlement authority are directed to appear or be available by telephone.Mailed notice (rao, ) (Entered: 01/22/2007) |
| 01/24/2007 | 30 | MOTION by Defendant Steven D. Levitt for extension of time *to Respond to Count II of the Complaint (Agreed Motion)* (Sanders, David) (Entered: 01/24/2007) |
| 01/24/2007 | 31 | ~~NOTICE of Motion by David P. Sanders for presentment of extension of time 30 before Honorable Ruben Castillo on 1/30/2007 at 09:45 AM. (Sanders, David) (Entered: 01/24/2007)~~ |
| 01/24/2007 | 32 | MINUTE entry before Judge Ruben Castillo :Settlement conference reset to 2/15/2007 at 2:00 p.m. Settlement conference set for 1/31/2007 is vacated. Defendant Levitt's agreed motion to extend time for defendant Levitt to respond to Count II 30 is granted. Defendant to answer or otherwise plead to Count II within 21 days of the settlement conference. Motion hearing set for 1/30/2007 is vacated.Mailed notice (rao, ) (Entered: 01/24/2007) |
| 02/15/2007 | 33 | MINUTE entry before Judge Ruben Castillo :Parties' oral request to reset the settlement conference is granted. Settlement conference reset to 3/28/2007 at 11:00 AM.Mailed notice (rao, ) (Entered: 02/15/2007) |
| 03/23/2007 | 34 | MINUTE entry before Judge Ruben Castillo :The settlement conference set for 3/28/2007 will begin at 10:30 AM.Mailed notice (rao, ) (Entered: 03/23/2007) |
| 03/28/2007 | 35 | MINUTE entry before Judge Ruben Castillo :Settlement conference held in chambers on 3/28/2007. The parties are requested to reevaluate their final settlement positions. Defendant's answer or amended pleadings by Plaintiff will be due on or before 4/30/2007. The Court will hold a status hearing in open court on 5/2/2007 at 9:45 AM. A firm litigation schedule will be set at the next status hearing.Mailed notice (rao, ) (Entered: 03/29/2007) |
| 04/27/2007 | 36 | ANSWER to Complaint by Steven D. Levitt(Gove, Gail) (Entered: 04/27/2007) |
| 04/27/2007 | 37 | STATUS Report *(Joint Revised)* by Steven D. Levitt (Gove, Gail) (Entered: 04/27/2007) |
| 04/30/2007 | 38 | *Corrected* ANSWER to Complaint by Steven D. Levitt(Gove, Gail) (Entered: 04/30/2007) |

| 05/02/2007 | 39 | MINUTE entry before Judge Ruben Castillo :Status hearing held on 5/2/2007 and continued to 6/12/2007 at 9:45 AM. The parties are granted leave to proceed with all discovery. All discovery to be completed on or before 7/31/2007. Bench trial set for 10/1/2007 at 9:45 AM. Mailed notice (rao, ) (Entered: 05/02/2007) |
|---|---|---|
| 05/04/2007 | 40 | MINUTE entry before Judge Ruben Castillo :Status hearing reset to 6/14/2007 at 9:45 AM. Status hearing set for 6/12/2007 is vacated.Mailed notice (rao, ) (Entered: 05/04/2007) |
| 05/25/2007 | 41 | MOTION by Plaintiff John R. Lott, Jr for protective order (Vickers, Thomas) (Entered: 05/25/2007) |
| 05/29/2007 | 42 | MOTION by Plaintiff John R. Lott, Jr for protective order *(Corrected)* (Vickers, Thomas) (Entered: 05/29/2007) |
| 06/04/2007 | 43 | MEMORANDUM by Steven D. Levitt in Opposition to motion for protective order 42 (Thompson, Wade) (Entered: 06/04/2007) |
| 06/12/2007 | 44 | ATTORNEY Appearance *University of Chicago* (Rubinstein, Jacob) (Entered: 06/12/2007) |
| 06/12/2007 | 45 | MOTION by Respondent University Of Chicago for protective order *Preventing Disclosure of "Peer Referee" Identities and Other Confidential Information* (Rubinstein, Jacob) (Entered: 06/12/2007) |
| 06/12/2007 | 46 | NOTICE of Motion by Jacob Maxwell Rubinstein for presentment of motion for protective order 45 before Honorable Ruben Castillo on 6/19/2007 at 09:45 AM. (Rubinstein, Jacob) (Entered: 06/12/2007) |
| 06/14/2007 | 47 | ATTORNEY Appearance for Plaintiff John R. Lott, Jr by Paul E. Freehling (Freehling, Paul) (Entered: 06/14/2007) |
| 06/14/2007 | 48 | MINUTE entry before Judge Ruben Castillo :Status hearing held on 6/14/2007 and continued to 7/17/2007 at 9:45 a.m. Plaintiff's motion for protective order 41 is denied as moot. Plaintiff's corrected motion for protective order 42 is denied for the reasons stated in open court. Motion by respondent University of Chicago for protective order 45 is granted to the extent stated in open court. Motion hearing set for 6/19/2007 is vacated. Parties to submit an agreed protective order to chambers by 6/28/2007 or submit individual proposed protective orders to chambers by 7/6/2007.Mailed notice (rao, ) (Entered: 06/14/2007) |
| 07/03/2007 | 49 | MOTION by counsel for Plaintiff John R. Lott, Jr to withdraw as attorney *(local counsel for Plaintiff)* (Vickers, Thomas) (Entered: 07/03/2007) |
| 07/06/2007 | 50 | ATTORNEY Appearance for Plaintiff John R. Lott, Jr by Mark L. Johnson (Johnson, Mark) (Entered: 07/06/2007) |
| 07/06/2007 | 51 | ATTORNEY Appearance for Plaintiff John R. Lott, Jr by Paul E. Freehling *Amended Appearance* (Freehling, Paul) (Entered: |

| | | |
|---|---|---|
| | | 07/06/2007) |
| 07/06/2007 | 54 | STIPULATED Protective Order Signed by Judge Ruben Castillo on 7/6/2007.(rbf, ) (Entered: 07/11/2007) |
| 07/09/2007 | 52 | NOTICE of Motion by Thomas A. Vickers for presentment of motion to withdraw as attorney 49 before Honorable Ruben Castillo on 7/11/2007 at 09:45 AM. (Vickers, Thomas) (Entered: 07/09/2007) |
| 07/10/2007 | 53 | MINUTE entry before Judge Ruben Castillo : Motion hearing set for 7/11/07 is vacated. Thomas A. Vickers' motion to withdraw 49 as local counsel on behalf of plaintiff is granted. Attorney Thomas A. Vickers terminated.Mailed notice (rbf, ) (Entered: 07/11/2007) |
| 07/17/2007 | 55 | MINUTE entry before Judge Ruben Castillo :Status hearing held on 7/17/2007. The Court will hold a settlement conference in chambers on 7/18/2007 at 4:00 PM.Mailed notice (rao, ) (Entered: 07/17/2007) |
| 07/18/2007 | 56 | MINUTE entry before Judge Ruben Castillo :Settlement conference held in chambers on 7/18/2007. The parties are directed to notify this Court by 7/30/2007 if this case has been settled. Status hearing set for 7/31/2007 at 9:45 AM.Mailed notice (rao, ) (Entered: 07/23/2007) |
| 07/27/2007 | 57 | MOTION by Plaintiff John R. Lott, Jr for reconsideration *dismissal of Count I* (Attachments: # 1 Exhibit)(Johnson, Mark) (Entered: 07/27/2007) |
| 07/27/2007 | 58 | NOTICE of Motion by Mark L. Johnson for presentment of motion for reconsideration 57 before Honorable Ruben Castillo on 8/8/2007 at 09:45 AM. (Johnson, Mark) (Entered: 07/27/2007) |
| 07/30/2007 | 59 | MOTION by Plaintiff John R. Lott, Jr for leave to file *Amended Complaint* (Attachments: # 1 Exhibit)(Johnson, Mark) (Entered: 07/30/2007) |
| 07/30/2007 | 60 | MOTION by Plaintiff John R. Lott, Jr for leave to file *amended complaint* (Attachments: # 1 Exhibit corrected)(Johnson, Mark) (Entered: 07/30/2007) |
| 07/30/2007 | 61 | NOTICE of Motion by Mark L. Johnson for presentment of motion for leave to file 60 before Honorable Ruben Castillo on 8/8/2007 at 09:45 AM. (Johnson, Mark) (Entered: 07/30/2007) |
| 07/31/2007 | 62 | MINUTE entry before Judge Ruben Castillo : Plaintiff's motion for reconsideration of dismissal of count I is denied for the reasons stated in open court. Response due 8/14/2007 to plaintiff's motion for leave to file an amended complaint. Reply due 8/21/2007. Status hearing set for 8/23/2007 at 9:45a.m.Mailed notice (slb, ) (Entered: 07/31/2007) |
| 07/31/2007 | 63 | MINUTE entry before Judge Ruben Castillo :The trial date is stricken.Mailed notice (slb, ) (Entered: 07/31/2007) |

| | | |
|---|---|---|
| 08/03/2007 | 64 | STIPULATION of Dismissal *Rule 41(a)(1) Stipulation of Dismissal of Count II of the Complaint* (Johnson, Mark) (Entered: 08/03/2007) |
| 08/07/2007 | 65 | MINUTE entry before Judge Ruben Castillo :Status hearing set for 8/23/2007 is vacated. This case is hereby dismissed with prejudice pursuant to the Rule 41(a)(1) Stipulation of Dismissal of Count II of the Complaint filed on 8/3/2007. Mailed notice (rao, ) (Entered: 08/07/2007) |
| 08/07/2007 | 66 | MINUTE entry before Judge Ruben Castillo :This Court's earlier order is modified as follows. Count II of the Complaint is dismissed with prejudice. Plaintiff will be allowed to pursue his motion for leave to file an amended complaint 60. Defendant's response will be due 8/14/2007. Plaintiff's reply will be due 8/21/2007. The Court will rule on 8/23/2007 at 9:45 AM. Mailed notice (rao, ) (Entered: 08/07/2007) |
| 08/14/2007 | 67 | MEMORANDUM by Steven D. Levitt, HarperCollins Publishers, Inc. *In Opposition to Plaintiff's Motion for Leave to File an Amended Complaint* (Attachments: # 1 Exhibit A)(Metcalf, Slade) (Entered: 08/14/2007) |
| 08/14/2007 | 68 | NOTICE by HarperCollins Publishers, Inc., Steven D. Levitt re memorandum67 *With Certificate of Service* (Metcalf, Slade) (Entered: 08/14/2007) |
| 08/21/2007 | 69 | REPLY by Plaintiff John R. Lott, Jr *(Memorandum of Law in Support of Motion for Leave for File His First Amended Complaint* (Freehling, Paul) (Entered: 08/21/2007) |
| 08/23/2007 | 70 | MINUTE entry before Judge Ruben Castillo :Motion hearing held on 8/23/07. Enter Order. Plaintiff's motion for leave to file amended complaint 60 is denied. Mailed notice (rbf, ) (Entered: 08/24/2007) |
| 08/23/2007 | 71 | ORDER Signed by Judge Ruben Castillo on 8/23/2007.(rbf, ) (Entered: 08/24/2007) |
| 08/23/2007 | 72 | ENTERED JUDGMENT Signed by Deputy Clerk on 8/23/2007.(rbf, ) (Entered: 08/24/2007) |
| 08/30/2007 | 73 | NOTICE of appeal by John R. Lott, Jr regarding orders 71, 62, 28, 27, 72, 70 ; Filing fee $ 455.00 paid; Receipt number 10341149 (dj, ) (Entered: 08/31/2007) |
| 08/31/2007 | 74 | TRANSMITTED to the 7th Circuit the short record on 8/31/07 notice of appeal73. Notified counsel (dj, ) (Entered: 08/31/2007) |
| 09/04/2007 | 75 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 73 ; USCA Case No. 07-3095 (rbf, ) (Entered: 09/04/2007) |
| 09/10/2007 | 76 | DESIGNATION by John R. Lott, Jr of record on appeal : USCA Case No. 07-3095 (Attachments: # 1 Exhibit 1-3)(Johnson, Mark) (Entered: |

| | | |
|---|---|---|
| | | 09/10/2007) |
| 09/10/2007 | 80 | ~~SEVENTH CIRCUIT transcript information sheet. (DOCUMENT NOT SCANNED). (rbf, ) (Entered: 09/18/2007)~~ |
| 09/12/2007 | 77 | DESIGNATION by John R. Lott, Jr of record on appeal : USCA Case No. 07-3095 (Attachments: # 1 Exhibit)(Johnson, Mark) (Entered: 09/12/2007) |
| 09/12/2007 | 78 | NOTICE by John R. Lott, Jr re designation of record on appeal 77 (Johnson, Mark) (Entered: 09/12/2007) |
| 09/14/2007 | 79 | DESIGNATION by Steven D. Levitt, HarperCollins Publishers, Inc. of record on appeal : USCA Case No. 07-3095 (Gove, Gail) (Entered: 09/14/2007) |

**KEY**

```
All items are included in this record.       (Or)
All cross out items are not included in the record.
S/C:  These items are sent under a separate certificate.
N/A:  These items are not available.
```