Lott v. Levitt et al                                                         Doc. 89

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

JUDGMENT - WITH ORAL ARGUMENT

**CERTIFIED COPY**

Date: February 11, 2009

BEFORE:  KENNETH F. RIPPLE, Circuit Judge
TERENCE T. EVANS, Circuit Judge
DIANE S. SYKES, Circuit Judge

FILED
Mar 19, 2009
MAR 19 2009 PH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

No. 07-3095

JOHN R. LOTT, JR.,
    Plaintiff - Appellant
v.

STEVEN D. LEVITT and HARPERCOLLINS PUBLISHERS, INCORPORATED,
    Defendants - Appellees

Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division
No. 06 C 2007, Ruben Castillo, Judge

    The judgment of the District Court is AFFIRMED, with costs,
in accordance with the decision of this court entered on this date.

(1061-110393)

Dockets.Justia.com