# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**NOTICE OF RECORD RETURN**

DATE: April 22, 2009

TO: Michael W. Dobbins
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604



**FILED**

APR 2 3 2009  YM
Apr 23, 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FROM: Clerk of the Court

RE: 07-3095
Lott, John R. v. Levitt, Steven D.
06 C 2007, Ruben Castillo, Judge

The mandate or agency closing letter in this cause issued on 03/19/09.

Returned herewith is the record which was transmitted to this court.

ENCLOSED:

```
[ ]              Volumes Administrative Record
[1]              Volumes Pleadings
[ ]              Volumes Loose Pleadings
[7]              Volumes Transcripts
[1]              Volumes Exhibits
[ ]              Volumes Depositions
[ ]              In Camera material
[ ]              Other:_____
```

Please acknowledge receipt of these documents on the enclosed copy of this notice.

---

Received above record from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____        _____
                                              Deputy Clerk, U.S. District Court
(1073-042591)                                 or Agency Representative